**1**    **ANDREW A. BAO, ESQ.**
Nevada Bar No. 10508
**2**    **DANIELA MADRID, ESQ.**
Nevada Bar No. 13530
**3**    **WOLFE & WYMAN LLP**
6757 Spencer Street
**4**    Las Vegas, NV 89119
Tel: (702) 476-0100
**5**    Fax: (702) 476-0101
*aabao@wolfewyman.com*
**6**    *dmadrid@wolfewyman.com*

**7**    Attorneys for Plaintiff
**THE BANK OF NEW YORK MELLON**
**8**    **TRUST COMPANY, N.A. FKA THE BANK**
**OF NEW YORK TRUST COMPANY, N.A.,**
**9**    **AS TRUSTEE FOR MASTER**
**ADJUSTABLE RATE MORTGAGES**
**10**    **TRUST 2005-3, MORTGAGE PASS**
**THROUGH CERTIFICATES, SERIES**
**11**    **2005-3**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. FKA THE BANK OF NEW YORK TRUST COMPANY, N.A., AS TRUSTEE FOR MASTER ADJUSTABLE RATE MORTGAGES TRUST 2005-3, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-3,<br><br>        Plaintiff,<br><br>v.<br><br>JON JENTZ, as trustee for the BASS DR. TRUST; DOES 1 through 10, inclusive; NEWPORT COVE CONDOMINIUM UNIT-OWNERS ASSOCIATION; ROES Business Entities 1 through 10, inclusive; and all others who claim interest in the subject property located at 111 Bass Drive, Unit C, Henderson, NV 89002,<br><br>        Defendants. | CASE NO. 2:15-cv-01167-RCJ-CWH<br><br><br><br>**THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. FKA THE BANK OF NEW YORK TRUST COMPANY, N.A., AS TRUSTEE FOR MASTER ADJUSTABLE RATE MORTGAGES TRUST 2005-3, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-3'S NOTICE OF HANDLING ATTORNEY AND DESIGNATION OF COUNSEL FOR SERVICE** |

**TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

      PLEASE TAKE NOTICE that, effective immediately, the handling attorney on this matter

1

for Plaintiff, THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. FKA THE BANK OF NEW YORK TRUST COMPANY, N.A., AS TRUSTEE FOR MASTER ADJUSTABLE RATE MORTGAGES TRUST 2005-3, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-3, is Daniela Madrid, Esq., as stated above. Ms. Madrid shall also be lead attorney and designated as the counsel for service in this matter until further notice, in place and instead of Colt B. Dodrill, Esq. and Brigette E. Foley, Esq.

Therefore, please remove Colt B. Dodrill, Esq. and Brigette E. Foley, Esq. from your service list, and direct all future pleadings, correspondence and any inquiries to Daniela Madrid, Esq. concerning THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. FKA THE BANK OF NEW YORK TRUST COMPANY, N.A., AS TRUSTEE FOR MASTER ADJUSTABLE RATE MORTGAGES TRUST 2005-3, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-3 and/or this matter, in accordance with the contact information referenced above.

DATED: December 18, 2017        WOLFE & WYMAN LLP

By: /s/ *Daniela Madrid*
ANDREW A. BAO, ESQ.
Nevada Bar No. 10508
DANIELA MADRID, ESQ.
Nevada Bar No. 13530
6757 Spencer Street
Las Vegas, NV 89119
*Attorneys for Plaintiff*
*THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. FKA THE BANK OF NEW YORK TRUST COMPANY, N.A., AS TRUSTEE FOR MASTER ADJUSTABLE RATE MORTGAGES TRUST 2005-3, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-3*

IT IS SO ORDERED.

DATED: 12/20/17

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

On December 18, 2017, I served **THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. FKA THE BANK OF NEW YORK TRUST COMPANY, N.A., AS TRUSTEE FOR MASTER ADJUSTABLE RATE MORTGAGES TRUST 2005-3, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-3's NOTICE OF CHANGE OF HANDLING ATTORNEY AND DESIGNATION OF COUNSEL FOR SERVICE** by the following means to the persons as listed below:

 X   a.  ECF System (you must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary):

Joseph P Garin         NVECF@lipsonneilson.com, rrittenhouse@lipsonneilson.com, snutt@lipsonneilson.com

Kaleb D. Anderson      kanderson@lipsonneilson.com

Roger P. Croteau       croteaulaw@croteaulaw.com

Timothy Rhoda          croteaulaw@croteaulaw.com

Megan H Hummel         mhummel@lipsonneilson.com

____  b.  United States Mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary):

By: */s/ Cheryl Klukas*
Cheryl Klukas, An employee of
Wolfe & Wyman LLP

3

2895606.1